# United States Court of Appeals for the Federal Circuit

---

April 16, 2026

**ERRATA**

---

Appeal No. 2024-1833

**JAMES K. YOUNG,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

Decided: January 13, 2026
Precedential Opinion

---

Please make the following change:

On page 13, line 16, change "require" to "requires"